THE STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. CHARLES WELECK, DEFENDANT-RESPONDENT.

*Mr. Harry L. Towe* and *Mr. Paul T. Huckin* for the petitioner.

*Mr. John E. Selser* and *Mr. Joseph Weintraub* for the respondent.

April 28, 1952.   Granted.

THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RALPH CARBONE AND LORETTA FRANZE, DEFENDANTS-PETITIONERS.

See same case below: 17 *N. J. Super.* 446.

*Mr. George R. Sommer* and *Mr. Pearce R. Franklin* for the petitioners.

*Mr. Edward Gaulkin* and *Mr. C. William Caruso* for the respondent.

April 28, 1952.   Granted.